UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMAUL CLAUDE | CIVIL ACTION |
| VERSUS | NO. 18-5313 |
| W.S. "SANDY" MCCAIN, WARDEN | SECTION: "J"(5) |

# O R D E R

Before the Court is Petitioner's *Objection to the Magistrate Judge's Report and Recommendation* **(Rec. Doc. 24)**. The Court finds that the objections lack merit, as Petitioner has failed to demonstrate either that his petition was timely or that he is actually innocent of his offense of conviction, as set forth by the Supreme Court in *McQuiggin v. Perkins*, 569 U.S. 383 (2013). Moreover, because Petitioner pleaded guilty, the state was not required to disclose any exculpatory or impeachment evidence it may have had. *See United States v. Ruiz*, 536 U.S. 622, 629 (2002).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's *Objection to Magistrate Judge's Report and Recommendation* **(Rec. Doc. 24)** is **OVERRULED**, and the Magistrate Judges's Report and Recommendation (Rec. Doc. 23) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition of Jamal Claude for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 21st day of August, 2019.

                                                         _____
                                                         CARL J. BARBIER
                                                         UNITED STATES DISTRICT JUDGE